Fill in this information to identify your case:

Debtor 1 _____Earl_____ _____ ____GAVIN_____
         First Name                  Middle Name           Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name   Middle Name           Last Name

United States Bankruptcy Court for the: _____ District of __South Carolina__
                                                                       (State)

Case number
(If known) _____

Official Form 101A

# Initial Statement About an Eviction Judgment Against You    12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name      __Gaffney Realty Rentals Inc.__

Landlord's address   __207 South Limestone St__
                     Number  Street
                     __Gaffney__           __SC__   __29340__
                     City                  State    ZIP Code

If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.

**Certification About Applicable Law and Deposit of Rent**

I certify under penalty of perjury that:

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

✗ __Earl GAVIN__                                ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Date __12/27/2023__                              Date _____
     MM / DD / YYYY                                   MM / DD / YYYY

**Stay of Eviction:**  (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules ( http://www.uscourts.gov/rules-policies/current-rules-practice-procedure) and the local court's website (to find your court's website, go to  http://www.uscourts.gov/court-locator) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)

Official Form 101A                    Initial Statement About an Eviction Judgment Against You

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Earl | GAVIN |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, If filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: _____ District of South Carolina | | |
| Case number (If known) | | |

## Official Form 101B

## Statement About Payment of an Eviction Judgment Against You    12/15

**Fill out this form only if:**

- ☒ you filed *Initial Statement About an Eviction Judgment Against You* (Official Form 101A); and
- ☒ you served a copy of Form 101A on your landlord; and
- ☒ you want to stay in your rented residence for more than 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

File this form within 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). Also serve a copy on your landlord within that same time period.

### Certification About Applicable Law and Payment of Eviction Judgment

**I certify under penalty of perjury that** (Check all that apply):

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ Within 30 days after I filed my *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101), I have paid my landlord the entire amount I owe as stated in the judgment for possession (*eviction judgment*).

x *Earl Gavin*
Signature of Debtor 1

Date 12/27/2023
    MM / DD / YYYY

x _____
Signature of Debtor 2

Date _____
    MM / DD / YYYY

**You must serve your landlord with a copy of this form.**

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the court's local website (go to http://www.uscourts.gov/Court_Locator.aspx to find your court's website) for any specific requirements that you might have to meet to serve this statement.

Official Form 101B                Statement About Payment of an Eviction Judgment Against You