UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Gavin

MISCELLANEOUS PROCEEDING
NO: 24-90001-HB

**DEFICIENCY NOTICE**

To: Earl Gavin

On January 5, 2024, the Court received the following documents from you:

Voluntary Petition creditor matrix, certificate of credit counseling, B121, Initial statement of eviction against you.

Although it appears that you seek to file a bankruptcy case, you failed to:

X Sign part 7 of the petition with a handwritten signature

X  Sign with a handwritten signature and complete contact information on page 9 of the petition

X  Sign with a handwritten signature the form B121

If you wish to file a bankruptcy case, you must cure the noted deficiencies within 10 days from the entry of this notice.

L. Jefferson Davis, IV, Clerk of Court
United States Bankruptcy Court

BY: _Jaumikia Diamond_
T. Diamond, Deputy Clerk