UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Earl Gavin<br><br>Debtor(s). | MISCELLANEOUS PROCEEDING<br>NO: 24-90001-HB<br><br>ORDER |

On January 5, 2024, the Court received by U.S. mail from Earl Gavin a Voluntary Petition for Individual Filing for Bankruptcy under Chapter 7, Creditor Matrix, Official Form B121, Certificate of Credit Counseling and Official Forms 101A and 101B. Upon review, it was determined that the Voluntary Petition was deficient and insufficient to commence a case due to no handwritten signature on Part 7 and Page 9, *see* 11 U.S.C. § 301, and no handwritten signature on Official Form B121. No contact information was provided for the debtor. As a result, the above-captioned miscellaneous proceeding was opened that day and a notice issued notifying Gavin to cure any outstanding deficiencies.

On January 17, 2024, at 9:53 a.m., the Court received by U.S. mail pages of the Voluntary Petition that include Gavin's handwritten signature on Part 7 and Page 9 along with signed Official Form B121.

Based on the foregoing, the Court finds that the documents received on January 5, 2024, together with the signature pages received on January 17, 2024, constitute a signed Voluntary Petition to commence a case pursuant to 11 U.S.C. § 301 and all deficiencies are cured.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court is directed to open a Chapter 7 case as of January 17, 2024, at 9:53AM. Upon commencement, this miscellaneous proceeding shall be closed.

**AND IT IS SO ORDERED.**
**FILED BY THE COURT**
**01/19/2024**

UNITED STATES BANKRUPTCY COURT DISTRICT OF SOUTH CAROLINA

Entered: 01/19/2024

Chief US Bankruptcy Judge
District of South Carolina

United States Bankruptcy Court
District of South Carolina

In re: Case No. 24-90001-hb
Gavin Chapter
Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-6 User: admin Page 1 of 1
Date Rcvd: Jan 19, 2024 Form ID: pdf01 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Trustee Linda Barr, DOJ-Ust, 1835 Assembly Street, Ste 953, Columbia, SC 29201-2448 |
| adb | + | Earl Gavin, 507 Mccluney Dr, Gaffney, SC 29340-4439 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | ^ | MEBN | Jan 19 2024 21:24:12 | Beth Ellis, DOJ-Ust, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| ust | ^ | MEBN | Jan 19 2024 21:24:11 | Jennifer E Jacobs, DOJ-Ust, 6305 Ivy Lane, Ste 600, Greenbelt, MD 20770-6305 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 19 2024 21:35:00 | John Timothy Stack, Office of the United States Trustee, 1835 Assembly Street Suite 953, Columbia, SC 29201-2448 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 19 2024 21:35:00 | US Trustee, Strom Thurmond Federal Bldg, 1835 Assembly Street, Suite 953, Columbia, SC 29201-2448 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024 Signature: /s/Gustava Winters